**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| MITCHELL WADE HECKER, | Case No. 3:22-CV-0286-MMD-CLB |
| Plaintiff, | **ORDER TO CHANGE ADDRESS** |
| v. | |
| KEVIN AMICK, | |
| Defendant. | |

On June 30, 2022, the Court's notice advising the Plaintiff of the newly assigned case number was return by the U.S. Mail and stamped, "Return to Sender, No Mail Receptacle, Unable to Forward." (ECF No. 3.) Pursuant to Local Rule IA 3-1, plaintiff must immediately file with the court written notification of any change or update of mailing address. Failure to comply with this rule may result in dismissal of this action. Plaintiff shall have until **Friday, August 12, 2022** to file a notice of change or update of address or this court will recommend that this action be dismissed.

**IT IS SO ORDERED.**

DATED: July 12, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**