AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

MITCHELL WADE HECKER,

        Plaintiff,

v.

KEVIN AMICK,

        Defendant.

JUDGMENT

Case Number:  3:22-cv-00286-MMD-CLB

\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.
**IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.



Date: September 7, 2022

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_